Form fnldecree

# UNITED STATES BANKRUPTCY COURT
## Southern District of West Virginia

In Re: Everette Eugene Moore and Betty Jane Moore
      Debtor(s)

Case No.: 5:05−bk−51376

Chapter: 7

Judge: Ronald G. Pearson

## FINAL DECREE CLOSING CASE

The estate of the above named debtor(s) has been fully administered.

IT IS ORDERED THAT:

(1)   The trustee is discharged from the estate of the above named debtor(s) and the bond is cancelled;

(2)   The chapter 7 case of the above named debtor(s) is closed.

Entered: 3/8/06

By the Court
Ronald G. Pearson

United States Bankruptcy Judge